# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| C-BYTE COMPUTER SYSTEMS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:19-cv-414 |
| ) | |
| TREVOR BISCOPE ) | |
| ) | |
| Defendant. ) | |

### ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated February 7, 2020. The parties have not filed objections to the Report and Recommendation. Based on a de novo review of the evidence in this case and having reviewed the Report and Recommendation, it appears to the Court that the Magistrate Judge's Report and Recommendation is neither clearly erroneous nor contrary to law. Accordingly, this Court adopts the Magistrate Judge's Report and Recommendation; and, it is hereby

ORDERED that Plaintiff's Motion for Default Judgment is GRANTED, and the United States Patent and Trademark Office's Trademark Trial and Appeals Board's February 6, 2019 decision in the matter of C-Byte Computer Systems LLC v. Biscope, Inc., is REVERSED. The Court also finds and declares that Defendant's use

or registration of the C-BYTE mark will infringe Plaintiff's C-BYTE mark and constitute trademark infringement, and it is further

ORDERED that Defendant and his employees, agents, partners, officers, directors, owners shareholders, principals, subsidiaries, related companies, or other affiliated parties are permanently enjoined from using, registering, or seeking to register the C-BYTE mark in connection with any computer-related or online services or any other goods or services that cause or are likely to cause confusion as to the source, affiliation or sponsorship of Plaintiff's C-Byte services.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
March 6, 2020